**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition*for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Promotora Garrafón, S.A. de C.V. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | N/A |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | PGA060330KA2 (Registro Federal de Contribuyentes [RFC]) |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| Carretera Garrafon MZA 41 KM 6 | |
| Number     Street | Number     Street |
| Punta Sur, C..P. 77400 | |
| | P.O. Box |
| Isla Mujeres Quintana Roo Mexico | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| N/A | |
| County | Number     Street |
| | |
| | City          State     ZIP Code |

**5. Debtor's website** (URL)     https://thedolphinco.com

*This petition has been prepared in accordance with currently available information and, if necessary, may be amended to the extent that new information becomes available.

Debtor  Promotora Garrafón, S.A. de C.V.                    Case number *(if known)*_____
        Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

   7   1   3   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY

         District _____  When _____  Case number _____
                                             MM / DD / YYYY

Debtor    Promotora Garrafón, S.A. de C.V.            Case number *(if known)* _____
        Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor   See attached Schedule 1       Relationship _____

District _____    When _____
                                               MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   See First Day Declaration _____

**Where is the property?** _____
            Number       Street

_____

_____
City                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors** (on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Promotora Garrafón, S.A. de C.V.    Case number *(if known)*_____
_____
Name

| | | | |
|---|---|---|---|
| **15. Estimated assets**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities**<br>(on a consolidated basis) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☑ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/31/2025
_____
MM  / DD / YYYY

✖ /s/ Steven Robert Strom                    Steven Robert Strom
_____          _____
Signature of authorized representative of debtor          Printed name

Title  Authorized Person
_____

**18. Signature of attorney**

✖ /s/ Robert S. Brady                    Date  03/31/2025
_____              _____
Signature of attorney for debtor                     MM  / DD / YYYY

Robert S. Brady
_____
Printed name

Young Conway Stargatt & Taylor LLP
_____
Firm name

1000 North King Street
_____
Number        Street

Wilmington                    DE        19801
_____   _____   _____
City                         State    ZIP Code

302.571.6600                 rbrady@ycst.com
_____   _____
Contact phone                Email address

2847                         DE
_____   _____
Bar number                   State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company |
| --- |
| Aqua Tours, S.A. de C.V. |
| Dolphin Austral Holdings, S.A. de C.V. |
| Dolphin Capital Company, S. de R.L. de C.V. |
| Dolphin Leisure, Inc. |
| Ejecutivos de Turismo Sustentable, S.A. de C.V. |
| Gulf World Marine Park, Inc. |
| GWMP, LLC |
| Icarus Investments Holdings LLC |
| Leisure Investments Holdings LLC |
| Marineland Leisure Inc. |
| MS Leisure Company |
| Promotora Garrafón, S.A. de C.V. |
| The Dolphin Connection, Inc. |
| Triton Investments Holdings LLC |
| Viajero Cibernético SA de C.V. |

 

Marco Antonio Vaca Vélez
Notaría 142 CDMX



PROTOCOLO ORDINARIO-------------------------MAVV/MLM/SAVR. --
LIBRO SETECIENTOS SESENTA Y TRES. ----------------------------
**TREINTA Y TRES MIL QUINIENTOS CINCUENTA Y NUEVE.** -------------
EN LA CIUDAD DE MÉXICO, a veintiocho de marzo de dos mil
veinticinco. -------------------------------------------------
**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, plenamente identificado como Notario en
este acto, hago constar: ------------------------------------
**A.- LA REMOCIÓN DE MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN;** ---
**B.- EL NOMBRAMIENTO DE ADMINISTRADOR ÚNICO;** ----------------
**C.- LA REVOCACIÓN DE PODERES;** y --------------------------
**D.- EL OTORGAMIENTO DE PODERES** de **"PROMOTORA GARRAFÓN",
SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** que resultan de la
protocolización de las resoluciones unánimes adoptadas fuera
de Asamblea, que realizo a solicitud de la señora MA. EUGENIA
SOBERANIS PÉREZ, al tenor de los siguientes antecedentes y
cláusulas: --------------------------------------------------
- -----------------------------------------------------------
--------------------**A N T E C E D E N T E S** ------------------
- -----------------------------------------------------------
--- La compareciente acredita la legal constitución y
existencia de la sociedad, así como la validez y eficacia de
los acuerdos que más adelante se protocolizan, con los
documentos que a continuación se relacionan, manifestando
bajo protesta de decir verdad, advertida de las penas en que
incurre quien declara con falsedad ante Notario, que la
sociedad no ha sufrido modificación alguna distinta de las
siguientes: -------------------------------------------------
- -----------------------------------------------------------
--- **I.- CONSTITUCIÓN.** ---------------------------------------
--- Por escritura cuarenta mil ciento treinta y cinco, de fecha
treinta de marzo de dos mil seis, ante el Licenciado Marco
Antonio Sánchez Vales, Notario tres del Estado de Quintana Roo,
cuyo primer testimonio quedó inscrito en el Registro Público de



- 2 -
33,559

Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil electrónico número dieciséis mil quinientos treinta y cuatro**, se constituyó **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, con domicilio en Cancún, Estado de Quintana Roo, duración de noventa y nueve años, capital social mínimo fijo de cien mil pesos, moneda nacional y máximo ilimitado, con cláusula de admisión de extranjeros y con el objeto que en dicha escritura se especificó. ------------------------------------------------
--- De dicha escritura copio en su parte conducente lo que es del tenor literal siguiente: ------------------------------------------
"...*DE LAS ASAMBLEAS*... ------------------------------------------
... *DECIMA SEPTIMA.- Las resoluciones tomadas fuera de asamblea, por unanimidad de los accionistas que representen la totalidad de las acciones con derecho a voto o de la categoría especial de acciones de que se trate, en su caso, tendrán, para todos los efectos legales, la misma validez que si hubieren sido adoptadas reunidos en asamblea general o especial, respectivamente, siempre que se confirmen por escrito, y sea debidamente firmada por los que en ella intervinieron.-...* ------------------------------------
... *DE LA ADMINISTRACIÓN DE LA SOCIEDAD* ------------------------------
VIGESIMA NOVENA.- La administración de la sociedad será encomendada a un Administrador Único o a un Consejo de Administración, según lo acuerde la Asamblea de Accionistas, desempeñando su cargo indefinidamente, serán nombrados y removidos libremente por la Asamblea General de Accionistas y continuarán en el desempeño de sus cargos hasta que entren en funciones los que fueron nombrados para sustituirlos, podrán ser socios o personas ajenas a la sociedad.-...* ----------------------
...*TRIGESIMA SEGUNDA.- El Administrador Único o el Consejo de Administración, tendrá las más amplias facultades reconocidas por la Ley para un mandatario general, pudiendo celebrar todo tipo de contratos y realizar y dirigir los negocios de la sociedad en los términos del artículo Diez de la Ley General de Sociedades*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 3 -
33,559



Mercantiles, gozando para ello de un *Poder General amplísimo para
Pleitos y Cobranzas, Actos de Administración y de Riguroso Domino
con todas las facultades generales y las especiales que conforme
a la Ley requieran cláusula especial*, en los términos del
Artículo Dos Mil Ochocientos Diez del Código Civil para el Estado
de Quintana Roo, y sus correlativos en los diversos Códigos de la
República Mexicana, el cual textualmente dice: -----------------
"Artículo 2810.- En todos los poderes generales para pleitos y
cobranzas bastará que se diga que se otorga con todas las
facultades generales y las especiales que requieran cláusula
especial conforme a la Ley, para que se entiendan conferidas sin
limitación alguna.- En los poderes generales para administrar
bienes, bastará que se diga que se dan con ese carácter para que
el apoderado tenga toda clase de facultades administrativas.- En
los poderes generales para ejercer actos de dominio, con la sola
excepción de la donación, que en este Código es un negocio
jurídico personalísimo para el donante y por tanto no admite la
representación en cuanto a éste bastará que se diga que dichos
poderes generales se dan con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a los
bienes, como para hacer toda clase de gestiones a fin de
defenderlos. Cuando se quieran limitar en los tres casos antes
mencionados, las facultades de los apoderados, se consignarán las
limitaciones o se otorgarán al respecto poderes especiales.- Los
notarios insertarán este artículo en los testimonios de los
poderes que ante ellos se otorguen.- Lo mismo harán al calce del
poder antes de las firmas de la ratificación si es que en el
texto del documento no lo hubieren insertado los interesados, los
funcionarios ante quienes los otorgantes y los testigos
ratifiquen sus firmas de conformidad con la fracción II del
artículo 2807 en relación con el 218 y el 2811.- Sin esta
inserción, los aludidos testimonios y las mencionadas
ratificaciones carecerán de todo efecto lega. --------------------



- 4 -
33,559

*De manera enunciativa pero no limitativa, el Administrador Único o el Consejo de Administración, según el caso, gozará de la firma social, quedando expresamente facultado para suscribir títulos de crédito, solicitar su protesto, endosar, avalar, y en general realizar todos los actos a que se refiere el Artículo Noveno de la Ley General de Títulos y Operaciones de Crédito, presentar denuncias o querellas y desistirse de ellas en los casos en que proceda, constituirse en coadyuvante del Ministerio Público; formular y absolver posiciones; presentar testigos y tachar los que presentare la contrapartes; para transigir y comprometer en árbitros; tener la representación laboral conforme y para los artículos once, cuarenta y seis, cuarenta y siete y ciento treinta y cuatro, fracción tercera, quinientos seis, ochocientos setenta y ocho, ochocientos ochenta, ochocientos ochenta y tres, y ochocientos ochenta y cuatro de la Ley Federal del Trabajo; igualmente se le confiere la representación patronal de la sociedad en los términos del artículo once de la Ley Federal del Trabajo; el poder para que se otorga, la representación legal que se delega y la representación patronal que se confiere mediante el presente instrumento, las ejercitará el Administrador Único o el Consejo de Administración con las siguientes facultades que se enumeran en forma enunciativa y no limitativa: Podrá actuar ante o frente al o los sindicatos con los cuales existan celebrados contratos colectivos de trabajo y para todos los efectos de conflictos individuales; en general, para todos los asuntos obrero patronales y para ejercitar ante cualesquiera de las autoridades del trabajo y servicios sociales a que se refiere el articulo quinientos veintitrés de la Ley Federal del Trabajo; podrá, asimismo, comparecer ante las Juntas de Conciliación y Arbitraje, ya sean Locales o Federales; en consecuencia, llevará la presentación patronal para los efectos del artículo once, cuarenta y seis y cuarenta y siete, la representación de la sociedad para los efectos de acreditar la personalidad y la*




Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 5 -
33,559



capacidad en juicios o fuera de ellos, en los términos del artículo seiscientos noventa y dos, fracción II y III (segunda y tercera); podrá comparecer el desahogo de pruebas confesionales en términos del artículo setecientos ochenta y siete y setecientos ochenta y ocho de la Ley Federal del Trabajo; con facultades para articular y absolver posiciones y desahogar las pruebas confesionales en todas sus partes; podrá señalar domicilio convencional para oír y recibir notificaciones en los términos del artículo ochocientos setenta y seis; podrá comparecer con toda la representación legal, bastante y suficiente para acudir a las audiencias a que se refiere el artículo ochocientos setenta y tres en sus tres fases de conciliación, de demanda y excepciones y de ofrecimiento y admisión de pruebas, en los términos del artículo ochocientos setenta y cinco, ochocientos setenta y seis, fracciones I y VI (primera y sexta), ochocientos setenta y siete, ochocientos setenta y ocho, ochocientos setenta y nueve y ochocientos ochenta; también podrá acudir a la audiencia de desahogo de pruebas en términos del artículo ochocientos ochenta y tes y ochocientos ochenta y cuatro, todos de la Ley Federal del Trabajo, podrá hacer arreglos conciliatorios, celebrará transacciones, tomar toda clase de decisiones, negociar y suscribir convenios laborales; podrá asimismo, celebrar contratos de trabajo y rescindirlos; intentar y desistirse del Juicio Constitucional de Amparos, otorgar y revocar poderes generales y especiales, y en general defender sin limitación alguna los intereses de la sociedad.-...".---------------------------------
------------------------------------------------------------------
--- **II.- <u>REFORMA AL OBJETO SOCIAL</u>.**------------------------
--- Por instrumento cuarenta y dos mil cuatrocientos ocho, de fecha treinta de enero del dos mil siete, ante el mismo Notario que el anterior, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo,



- 6 -
33,559

en el **folio mercantil electrónico número dieciséis mil quinientos treinta y cuatro,** se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas, en la que se acordó, entre otros, modificar el objeto social y en consecuencia reformar la cláusula quinta de los estatutos sociales, y de dicho instrumento copio en su parte conducente lo que es del tenor literal siguiente:-----------------------------------------------

"...*QUINTA.- Objeto de la Sociedad.- a. El desarrollo, construcción, ejecución, proyecto, explotación, operación, administración, promoción, comercialización, arrendamiento, subarrendamiento de parques recreativos, turísticos, arqueológicos, ecológicos, y en general, en la República Mexicana y en el extranjero.- b. La prestación de toda clase de servicios para el establecimiento, administración, operación y explotación de centros de diversiones, atracción turística y de entretenimiento.- c. El establecimiento, administración, operación y explotación de toda clase de negociaciones de carácter comercial, industrial o turístico.- d. La administración, operación, supervisión, comercialización y control de toda clase de hoteles, condominio, tiempos compartidos, restaurantes, bares, centros nocturnos o comerciales y marino, promoción, desarrollo y fomento del turismo en general en la República Mexicana y en el extranjero, así como la programación, organización y estimulo tanto nacional como extranjero, en coordinación con las autoridades y dependencias oficiales correspondientes e instituciones y asociaciones privadas respectivas.- e. Fungir como representante, intermediario, mediador, comisionista, agente, factor, asesor y prestador de servicios de cualquier naturaleza, ante toda clase de personas e instituciones de naturaleza civil, mercantil, públicas o privadas, nacionales o extranjeras, en la realización de toda clase de operaciones, actos y contratos civiles, mercantiles de crédito, laborales y de cualquier otra*






naturaleza.- f. La promoción, administración y participación en toda clase de negocios inmobiliarios, así como la adquisición, enajenación por cualquier título, arrendamiento, subarrendamiento y en general la realización de toda clase de actos de comercio respecto de bienes inmuebles.- g. El otorgamiento y obtención de crédito para si o para terceros, recibiendo y construyendo las garantías reales o personales necesarias o relacionadas con ello. H. Responsabilizarse por obligaciones de terceros en forma onerosa o garantía, constituyendo toda clase de garantías reales o personales.- I. La celebración de toda clase de contratos que tengan por objeto la concesión del uso o autorización de uso de nombres comerciales, la concesión de derechos de autor, la transmisión de conocimientos técnicos y la provisión de asistencia técnica, así como la celebración de toda clase de contratos de licencia y franquicias.- j. Emitir, escribir, endosar, avalar y en general, negociar con toda clase de títulos de crédito.- k. Obligarse solidariamente.- l. Registrar y en cualquier forma adquirir, disponer o usar marcas, nombres comerciales, patentes, invenciones, diseños industriales y derechos de autor.- m. La emisión de bonos y obligaciones con o sin garantía hipotecaras y prendaria.- n. Adquirir y suscribir por cualquier medio legal, acciones o participaciones en empresas o cualquier tipo de sociedades mercantiles o civiles domiciliadas en México o en cualquier otro país.- o. La inversión de capitales valores de toda índole.- p. La  preparación, conceptualización, ejecución, implementación, interpretación, complementación, investigación y, en general, la elaboración de toda clase de estudios y proyectos relacionados con la ciencia, la industrial y el comercio, así como la promoción, administración y participación en toda clase de negocios.- q. Abrir cuentas bancarias, de valores o inversión en cualquier centro financiero o de inversiones en México o en cualquier otro lugar. R. La transportación marítima y mercante en tráfico de altura, cabotaje



- 8 -
33,559

e interior de puerto, de cosas y personas entre diferentes puertos ya sea de las costas de la República Mexicana o de estas con puerto extranjeros.- s. La adquisición, enajenación, importación, exportación y arrendamiento de todo tipos de buques, barcos y embarcaciones así como toda clase de materiales, maquinaria, equipo, herramienta, implemento, insumos que sean necesarios o convenientes para llevar a cabo los trabajos relacionados en los párrafos anteriores y precedentes.- t. La adquisición, construcción, instalación y explotación de toda clase de almacenes, depósitos, bodegas, oficinas, plantas, muelles, dársenas, atracaderos, cargaderos de petróleo, gasolineras, astilleros, varaderos y demás establecimientos e inmuebles necesarios o convenientes para la realización de los fines de la sociedad.- u. Adquirir, abanderar, matricular y registrar como mexicanas toda clase de embarcaciones y artefactos navales de su propiedad o en posesión, mediante contrato de fletamiento a casco desnudo o cualquier otro instrumento legal. v. Obtener, administrar y explotar toda clase de concesiones, permisos federales en la zona Federal Marítimo Terrestre, construir mueles previa autorización de la Secretaría de Desarrollo social y Secretaría de Comunicación y Transporte.- w. La adquisición y operación de todo tipo de transporte.- x. Construcción, explotación, y administración de marinas turísticas y recintos fiscalizados para tener un depósito y dar servicio a toda clase de embarcaciones mexicanas y extranjeras.- y. En general, la celebración de todos los convenios y contratos y la realización de todos los actos, de la naturaleza que sean que directa o indirectamente favorezcan a la buena marca y mejor desarrollo de su objeto social, previa la obtención y sujeto en su caso, a las autorizaciones y/o permisos que se requieran conforme a la Ley.-...".----------------------------------------
- ------------------------------------------------------------
--- **III.- REFORMA A LOS ESTATUTOS SOCIALES.**----------------------



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 9 -

33,559



--- Por instrumento cincuenta y ocho mil noventa y nueve, de fecha nueve de julio de dos mil quince, ante el mismo notario que los anteriores, cuyo primer testimonio quedó inscrito en el Registro Público de Comercio de Cancún, Estado de Quintana Roo, en el **folio mercantil electrónico número dieciséis mil quinientos treinta y cuatro,** se hizo constar la protocolización del acta de Asamblea General Extraordinaria de Accionistas, en la que se acordó, entre otros, reformar las cláusulas octava, décima y el inciso ocho romano de la cláusula décima tercera de los estatutos sociales, para quedar en los términos que en dicho instrumento se especificó, relativas a las clases y series de acciones en las que se divide el capital social, las reglas para los aumentos y/o disminuciones de capital social y del requisito de que los certificados provisionales y las acciones contengan la firma autógrafa del presidente y secretario del Consejo de Administración. --------------------------------------------------

----------------------------------------------------------------

--- **IV.- DECLARACIONES PREVIAS.** -----------------------------
--- Declara la compareciente, bajo protesta de decir verdad, advertida de las penas en que incurre quien declara con falsedad ante Notario: -------------------------------------
--- i) Que las firmas que aparecen en el acta que se protocoliza y sus anexos corresponden a quienes se les atribuye haberlas estampado en la misma; --------------------
--- ii) Que el acta que se protocoliza refleja la situación vigente de la sociedad, al momento de tomarse los acuerdos respectivos, especialmente por lo que se refiere a la integridad del capital social representado y la identidad de los accionistas, habiendo cumplido las formalidades requeridas para su modificación, en su caso; y --------------
--- iii) Que en el caso de los accionistas que confirmaron por escrito las resoluciones unánimes que en este instrumento se protocolizan, a través de representante, en su caso, dicho



- 10 -
33,559

representante no es miembro del órgano de administración ni vigilancia de la sociedad; y ------------------------------- --- iv) Que el otorgamiento de poderes contenido en el acta que se protocoliza no se realiza en favor de miembros del órgano de vigilancia de la sociedad. ------------------------- - ---------------------------------------------------------- --- V.- **ACTA QUE SE PROTOCOLIZA.** --------------------------- --- Declara la compareciente que la totalidad de los accionistas de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, adoptaron diversas resoluciones unánimes fuera de Asamblea, mismas que fueron confirmadas en el acta que me exhibe escrita a dos columnas, una en idioma español y otra en idioma extranjero, siendo una traducción de la otra, respectivamente, según declara la compareciente, misma que en unión de su respectivo anexo agrego al apéndice de este instrumento con el número **"UNO",** respecto de la que certifico no tengo indicio de falsedad y que me pide protocolice, siendo dicha acta, por lo que se refiere a la columna redactada en idioma español, del tenor literal siguiente: ---- - ---------------------------------------------------------- ----------------*"RESOLUCIONES UNÁNIMES ADOPTADAS* ------------ --------------- *FUERA DE ASAMBLEA DE ACCIONISTAS* ------------ ---------------*DE PROMOTORA GARRAFÓN, S.A. DE C.V.* ----------- - ---------------------------------------------------------- ---------------------- *28 de marzo de 2025* -------------------- - ----------------------------------------------------------

*Las presentes Resoluciones Unánimes adoptadas fuera de Asamblea por la totalidad de los accionistas de Promotora Garrafón, S.A. de C.V. (la "Sociedad"), se realizan de conformidad con lo establecido en la Ley General de Sociedades Mercantiles y de la Cláusula Séptima de los estatutos sociales de la Sociedad, por lo que las mismas tendrán, para todos los efectos a que haya lugar, la misma*



Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 11 -
33,559

*validez que si hubieran sido adoptadas reunidos en Asamblea
General de Accionistas, ya que dichos acuerdos se han
aprobado por escrito, de conformidad con lo establecido en
los estatutos sociales de la Sociedad y la legislación
aplicable. ---------------------------------------------------
-------------------------------------------------------------
------------------------ ANTECEDENTES ------------------------
-------------------------------------------------------------*

*(i) Con fecha 8 de octubre de 2015, Controladora Dolphin,
S.A. de C.V. ("Controladora") y la Sociedad, como
fideicomitentes, CIBanco, S.A., Institución de Banca Múltiple
(el "Fiduciario"), como fiduciario, y Wilmington Trust,
National Association ("Wilmington"), como fideicomisario en
primer lugar, con la comparecencia de Aqua Tours, S.A. de
C.V. ("Aqua Tours") y Viajero Cibernético, S.A. de C.V.
("Viajero"), junto con las demás sociedades que de tiempo en
tiempo se adhieran al mismo en el carácter que allí se
indique, celebraron el Contrato de Fideicomiso Irrevocable de
Garantía número CIB/2380 (según el mismo fue modificado y/o
reexpresado con fecha 5 de abril de 2019, con fecha 2 de
octubre de 2019, con fecha 6 de julio de 2020, y con fecha 27
de junio de 2022, el "Contrato de Fideicomiso"), por virtud
del cual, entre otros, Controladora aportó de manera
irrevocable, la propiedad y titularidad de (i) 99 (noventa y
nueve) acciones Serie "A", ordinarias, nominativas, con valor
nominal de $1,000.00 (mil pesos 00/100 M.N.) cada una,
representativas de la parte fija del capital social de la
Sociedad, y (ii) 26,953 (veintiséis mil novecientas cincuenta
y tres) acciones Serie "AC", ordinarias, nominativas, con
valor nominal de $1,000.00 (mil pesos 00/100 M.N.) cada una,
representativas de la parte variable de la Sociedad, y que
forman parte de la totalidad del capital social suscrito y
pagado de la Sociedad, representativas del 99.99% de la*



- 12 -
33,559

*Sociedad, a efecto de garantizar el puntual y debido cumplimiento, pago y satisfacción a su vencimiento (ya sea a su fecha de vencimiento programado, por vencimiento anticipado o por cualquier otro motivo) de todas y cada una de las Obligaciones Garantizadas Senior y las Obligaciones Garantizadas Subordinadas (según dichos términos se definen en el Contrato de Fideicomiso).* ------------------------------
----------------------------------------------------------------

*(ii) Con fecha 8 de abril de 2019, Controladora en su carácter de emisor (issuer), Dolphin Capital Company, S. de R.L. de C.V. ("Dolphin Capital"), como controladora garante (parent guarantor), ciertas subsidiarias de Controladora como garantes, y Wilmington en su carácter de agente de garantías (collateral agent), celebraron un contrato de compra de valores mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, adquirieron las Notas Existentes (según dicho término se define en el Contrato de Compraventa Original) emitidas por Controladora por la cantidad de EU$100,000,000.00 (cien millones de Dólares 00/100) (el "Contrato de Compra de Valores Original").* ------------------------------------------
----------------------------------------------------------------

*(iii) Con fecha 8 de junio de 2020, las partes del Contrato de Compra de Valores Original celebraron un Primer Contrato de Compra de Valores Modificado y Reexpresado, mediante el cual ciertos adquirentes (purchasers), sujeto a las condiciones previstas en dicho contrato, se obligaron a adquirir Nuevas Notas (new notes) (según dicho término se define en el Primer Contrato de Compra de Valores Modificado y Reexpresado) hasta por la cantidad de EU$8,000,000.00 (ocho millones de Dólares 00/100) (según el mismo fue modificado con fecha 24 de junio de 2021 y 1 de abril de 2022, el "Primer Contrato de Compra de Valores Modificado y*



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 13 -
33,559

*Reexpresado"). ------------------------------------------------*
*-------------------------------------------------------------*



*(iv) Con fecha 08 de junio de 2020, el Sr. Eduardo Albor*
*Villanueva ("EA"), como deudor prendario, y Wilmington, en su*
*carácter de Agente de Garantías Mexicano en nombre y para*
*beneficio de las Partes Garantizadas, como acreedor*
*prendario, con la comparecencia de la Sociedad, celebraron un*
*Contrato de Prenda Sobre Acciones (según el mismo sea*
*modificado, re-expresado, adicionado o de cualquier otra*
*forma reformado de tiempo en tiempo, el "Contrato de*
*Prenda"), por virtud del cual EA dio en prenda 1 (una) acción*
*Serie "A", ordinaria, nominativa, con valor nominal de*
*$1000.00 (mil pesos 00/100 M.N.), representativa de la parte*
*fija del capital social de la Sociedad de las que es titular,*
*representativas del 0.01% del capital social de la Sociedad*
*(las "Acciones Pignoradas"), a efecto de garantizar de manera*
*incondicional e irrevocable el debido y puntual cumplimiento,*
*pago y satisfacción a su vencimiento (ya sea a su fecha de*
*vencimiento programado, su fecha de vencimiento anticipado o*
*por cualquier otro motivo) de todas y cada una de las*
*Obligaciones Garantizadas (según dicho término se define en*
*el Contrato de Prenda). ------------------------------------*
*-------------------------------------------------------------*

*(v) Con fecha 27 de junio de 2022, las partes del Contrato de*
*Compra de Valores Modificado y Reexpresado de manera conjunta*
*con TDC Leisure Holdings LLC ("TDC Leisure"), en su carácter*
*de controlador final (ultimate parent), y Leisure Investments*
*Holdings   LLC   ("LIH"),   una   limited   liability   company*
*constituida y válidamente existente de conformidad con las*
*leyes del Estado de Delaware, celebraron un segundo Contrato*
*de Compra de Valores Original (conjuntamente con el Contrato*
*de Compra de Valores Original, el Primer Contrato de Compra*
*de Valores Modificado y Reexpresado, y según el mismo sea*



- 14 -
33,559

adicionalmente reformado, adicionado o de cualquier otra manera modificado de tiempo, el "Contrato de Compra de Valores Modificado y Reexpresado"). ------------------------- -------------------------------------------------------------

(vi) Con fecha 27 de junio de 2022, Triton Investments Holdings, LLC, en su carácter de emisor (issuer), TDC Leisure, en su carácter de garante controlador (ultimate guarantor), LIH, en su carácter de garante intermedio (intermediate parent), Controladora, Dolphin Capital, entre otros, en su carácter de subsidiarias garantes (subsidiary guarantors) y Wilmington Trust, National Association, en su carácter de agente de garantías (collateral agent), celebraron cierto contrato de compra de valores y de garantía subordinado (second-lien note purchase and guarantee agreement) (el "Contrato de Compra de Valores Subordinado"). - -------------------------------------------------------------

(vii) Con anterioridad a este acto, Controladora, como fideicomitente y de conformidad con los términos del Contrato de Fideicomiso, notificó al Fiduciario la celebración de las presentes Resoluciones y el ejercicio de los Derechos de Voto (según dicho término se define en el Contrato de Fideicomiso). -------------------------------------------------- - -------------------------------------------------------------

(viii) Con anterioridad a este acto, Wilmington, como acreedor prendario y en términos de lo dispuesto por el Contrato de Prenda, entregó al Secretario del Consejo de Administración de la Sociedad un Aviso de Incumplimiento por virtud del cual certificó la ocurrencia de un Evento de Incumplimiento. En virtud de lo anterior, a partir de dicha fecha, Wilmington quedó facultado para ejercer los derechos de voto de las Acciones Pignoradas, y demás derechos y facultades que EA tenga derecho de ejercer de conformidad con las disposiciones del Contrato de Prenda. --------------------



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 15 -
33,559



- --------------------------------------------------------------

*En consideración de las comunicaciones y la información intercambiada entre los accionistas de la Sociedad, éstos adoptan por unanimidad las siguientes resoluciones con efectos a partir de la fecha arriba indicada:* --------------

--------------------------------------------------------------

------------------------ RESOLUCIONES --------------------------

--------------------------------------------------------------

*PRIMERA. Se resuelve aprobar con efectos inmediatos a partir de la fecha de la presente, remover a la totalidad de los miembros del Consejo de Administración de la Sociedad, y nombrar al Sr. Steven Robert Strom como Administrador Único de la Sociedad.* --------------------------------------------

--------------------------------------------------------------

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como miembros del Consejo de Administración de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente, de conformidad con lo dispuesto por el Articulo 161 de la Ley General de Sociedades Mercantiles y demás disposiciones aplicables.* -----

--------------------------------------------------------------

*SEGUNDA. En este acto se aprueba revocar todos y cada uno de los poderes otorgados por la Sociedad con anterioridad a esta fecha en favor de los Sres. Eduardo Albor Villanueva,*



- 16 -
33,559

*Concepción Esteban Manchado, Martín Flores Merino y Sergio Said Jacome Palma. -------------------------------------------*
*---------------------------------------------------------------*

*Sin perjuicio de lo anterior, Wilmington, con el carácter que comparece a la presente, así como la Sociedad, se reservan expresamente todos y cada uno de sus derechos, acciones, recursos, reclamaciones, privilegios y protecciones bajo la ley, para repetir en contra de los Sres. Eduardo Albor Villanueva, Concepción Esteban Manchado, Martín Flores Merino y Sergio Said Jacome Palma respecto de todas las acciones de carácter civil, mercantil, penal y de cualesquier otra naturaleza o reclamaciones conocidas o desconocidas y las reclamaciones acumuladas hasta la fecha como resultado de su actuación como apoderados de la Sociedad, independientemente de si se identifican específicamente a la fecha de la presente. ------------------------------------------------------*
*- ----------------------------------------------------------*

*TERCERA. Se resuelve autorizar al Administrador Único y/o a los apoderados de la Sociedad con facultad para pleitos y cobranzas en los términos del párrafo primero del artículo 2554 del Código Civil Federal y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México, para realizar los actos necesarios para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de reorganización y/o insolvencia, incluyendo de manera enunciativa mas no limitativa, el procedimiento de reorganización previsto en el Capítulo 11 de Código de los Estados Unidos (Chapter 11 of United States Code (U.S.C.) en los Estados Unidos de América. Considerando la situación de insolvencia de la Sociedad, para todos los efectos legales a que haya lugar, la resolución aquí contenida constituye la intención indubitable de los accionistas para sujetar y/o solicitar la sujeción de la Sociedad a un procedimiento de*



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 17 -
33,559

reorganización y/o la declaración de concurso mercantil de la
Sociedad. ------------------------------------------------------
- ------------------------------------------------------------



CUARTA. Se resuelve en este acto otorgar en favor de los
Sres. Robert L. Wagstaff, Michael Nicosia Flynn, Eduardo
Moyano Luco y Matías Marambio Calvo, los poderes adelante
mencionados para ser ejercidos de manera individual: ----------
(i) Poder general para pleitos y cobranzas, para ser
ejercitado conjunta o separadamente, con todas las facultades
generales y aún con las especiales que de acuerdo con la ley
requieran poder o cláusula especial, pudiendo hacer cesión de
bienes, en los términos del párrafo primero del artículo 2554
del Código Civil Federal y sus correlativos de los códigos de
los Estados de la República y de la Ciudad de México. --------
En forma enunciativa y no limitativa, se mencionan entre
otras facultades las siguientes: -----------------------------
1. Para intentar y desistirse de toda clase de
procedimientos, en México y en el extranjero, inclusive
amparo o el concurso mercantil. ------------------------------
2. Promover providencias precautorias, medidas cautelares y/o
de aseguramiento, así como promover medios preparatorios de
juicio o cualesquier procedimientos preliminares. ------------
3. Para transigir. -------------------------------------------
4. Para comprometer en árbitros. -----------------------------
5. Para absolver y articular posiciones. ---------------------
6. Para recusar. ---------------------------------------------
7. Para recibir pagos. ---------------------------------------
8. Para presentar denuncias y querellas en materia penal y
para otorgar el perdón cuando lo permita la ley. -------------
(ii) Poder general para actos de administración, en los
términos del segundo párrafo del artículo 2554 del Código
Civil Federal, y sus correlativos de los Códigos de los
Estados de la República y de la Ciudad de México. -----------



- 18 -
33,559

(iii) *Poder general para actos de dominio, de acuerdo con el tercer párrafo del artículo 2554 del Código Civil Federal, y sus correlativos de los códigos de los Estados de la República y de la Ciudad de México --------------------------*

(iv) *Poder para otorgar y suscribir títulos de crédito, para abrir y cerrar cuentas bancarias y para designar a las personas autorizadas para firmar cheques, en los términos del artículo 9 de la Ley de Títulos y Operaciones de Crédito. ----*

(v) *Facultad para otorgar poderes generales y especiales dentro de sus facultades y para revocar unos y otros. --------------*

*Los apoderados designados estarán facultados para acudir en nombre y representación de la Sociedad a todo tipo de asambleas de accionistas, ya sean generales o especiales, ordinarias o extraordinarias, y votar en el sentido que libremente decidan los apoderados, o bien, abstenerse de votar si así lo considerare conveniente. --------------------*

*Los poderes y facultades aquí contenidas podrán ser delegadas o sustituidas en todo o en parte. ----------------------------*

*- -----------------------------------------------------------*

*QUINTA. Se resuelve en este acto otorgar en favor de los Sres. Jaime Rene Guerra González, Jesús Armando Treviño Moyeda, Alfonso Peniche García, Román Salazar Castillo, Rogelio Héctor Palacios Beltrán, Carlo Braulio Reyes Escandón, Miguel Ángel Hernández Morales, Sebastian Ruanova Carbajal y Rodrigo Josué Gazcón Quintana, los poderes adelante mencionados a ser ejercidos, conjunta o individualmente ---------------------------------------------*

(i) *Poder general para pleitos y cobranzas, para ser ejercitado conjunta o separadamente, con todas las facultades generales y aún con las especiales que de acuerdo con la ley requieran poder o cláusula especial, pero sin que comprenda la facultad de hacer cesión de bienes, en los términos del párrafo primero del artículo 2554 del Código Civil Federal y*



Marco Antonio Vaca Vélez
Notaría 142 CDMX



- 19 -
33,559

sus correlativos de los códigos de los Estados de la República y de la Ciudad de México. --------------------------

En forma enunciativa y no limitativa, se mencionan entre otras facultades las siguientes: ----------------------------

1. Para intentar y desistirse de toda clase de procedimientos, en México y en el extranjero inclusive amparo o el concurso mercantil. ----------------------------------

2. Para transigir. -------------------------------------------

3. Para comprometer en árbitros. --------------------------

4. Para absolver y articular posiciones. ----------------

5. Para recusar. ---------------------------------------------

6. Para recibir pagos. --------------------------------------

7. Para presentar denuncias y querellas en materia penal y para otorgar el perdón cuando lo permita la ley. -------------
- ------------------------------------------------------------

SEXTA. Se resuelve, autorizar a los Sres. Raúl García Chávez y Ma. Eugenia Soberanis Pérez para que, actuando conjunta o separadamente, en nombre y representación de la Sociedad, en caso de ser necesario realicen los siguientes actos: (i) gestionen ante el Notario Público de su elección la protocolización y ratificación de las presentes resoluciones; (ii) expidan las copias simples o certificadas de la presente acta, que en su integridad o en lo conducente, les fueren solicitadas; (iii) realicen, en general, todos los actos y trámites que sean necesarios para la formalización y ejecución de los acuerdos adoptados en las presentes Resoluciones Unánimes, incluidos aquellos ante cualquier dependencia gubernamental, incluyendo la Secretaría de Economía, teniendo la facultad para recibir cualquier tipo de documento e información relacionada con la Sociedad; y (iv) gestionen la inscripción de la escritura pública respectiva en el Registro Público de Comercio que corresponda. ----------
- ------------------------------------------------------------



- 20 -
33,559

*SÉPTIMA. Se resuelve, que estas resoluciones se pueden ejecutar en cualquier número de ejemplares, cada uno de los cuales, cuando se ejecuten y entreguen se considerará un original, pero todos los ejemplares juntos constituirán el mismo instrumento.* ------------------------------------------
- -------------------------------------------------------------

*OCTAVA. Se resuelve, que las presentes resoluciones debidamente firmadas por la totalidad de los Accionistas de la Sociedad, (a) constituyen la confirmación a la que se refiere la Cláusula Cláusula (así) Décima Séptima de los estatutos sociales de la Sociedad, y (b) sean enviadas al Administrador Único de la Sociedad, quien deberá transcribir el texto en el libro de actas correspondiente y certificar que las resoluciones de accionistas de la Sociedad fueron adoptadas de conformidad con la citada Cláusula de los estatutos sociales.* ------------------------------------------
- -------------------------------------------------------------

*NOVENA. Se resuelve, que las presentes resoluciones se redactan en español y en inglés en el entendido que, en caso de cualquier discrepancia entre ambas versiones, la versión en español será la que prevalecerá en todo momento.* ----------
- -------------------------------------------------------------

*EN TESTIMONIO DE LO CUAL, los abajo firmantes, siendo los representantes autorizados de los accionistas de la Sociedad, firman este documento con efectos desde la fecha mencionada en la primera página, para evidenciar su consentimiento unánime con las resoluciones aquí mencionadas.* ---------------
- -------------------------------------------------------------
------------------- *[SIGUEN HOJAS DE FIRMAS]* -----------------
- -------------------------------------------------------------
- -------------------------------------------------------------

*Página de firmas de las Resoluciones Unánimes Adoptadas Fuera de Asamblea de Accionistas de PROMOTORA GARRAFÓN, S.A. DE*



Marco Antonio Vaca Vélez
Notaría 142 CDMX

- 21 -
33,559

*C.V. de fecha 28 de marzo de 2025. --------------------------*
*- ---------------------------------------------------------------*
*- ---------------------------------------------------------------*



*CIBanco, S.A., Institución de Banca Múltiple, como fiduciario*
*del fideicomiso Irrevocable de Garantía número CIB/2380 -----*
*---------------------Por: [Firma ilegible] ------------------*
*------------------Nombre: Ma. Eugenia Soberanis Pérez ------*
*----------------Cargo: Representante Legal ----------------*
*- ---------------------------------------------------------------*

*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA*
*DE ASAMBLEA DE ACCIONISTAS DE PROMOTORA GARRAFÓN, S.A. DE*
*C.V.] ----------------------------------------------------*
*- ---------------------------------------------------------------*

*Página de firmas de las Resoluciones Unánimes Adoptadas Fuera*
*de Asamblea de Accionistas de PROMOTORA GARRAFÓN, S.A. DE*
*C.V. de fecha 28 de marzo de 2025. --------------------------*
*- ---------------------------------------------------------------*
*------------------Eduardo Albor Villanueva -------------------*
*------------------Por: [Firma ilegible] ---------------------*
*----------------Nombre: Raúl García Chávez ------------------*
*en representación de Wilmington Trust, National Association,*
*en ejercicio de los derechos que le corresponden de*
*conformidad con el Contrato de Prenda ----------------------*
*----------------Cargo: Representante Legal -------------------*
*- ---------------------------------------------------------------*

*[HOJA DE FIRMA DE LAS RESOLUCIONES UNÁNIMES ADOPTADAS FUERA*
*DE ASAMBLEA DE ACCIONISTAS DE PROMOTORA GARRAFÓN, S.A. DE*
*C.V.]". ----------------------------------------------------*
*- ---------------------------------------------------------------*
*- ---------------------------------------------------------------*
*---------------------C L Á U S U L A S ---------------------*
*- ---------------------------------------------------------------*
*- ---------------------------------------------------------------*



- 22 -
33,559

--- **PRIMERA.-** Queda protocolizada el acta de las resoluciones unánimes adoptadas fuera de Asamblea por la totalidad de los Accionistas de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, transcritas en el antecedente quinto de este instrumento para todos los efectos a que haya lugar. ----
- --------------------------------------------------------------

--- **SEGUNDA.-** Quedan removidos los miembros del Consejo de Administración de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----
- --------------------------------------------------------------

--- **TERCERA.-** Queda nombrado el Administrador Único de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------
- --------------------------------------------------------------

--- **CUARTA.-** Quedan revocados los poderes de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
- --------------------------------------------------------------

--- **QUINTA.-** Quedan otorgados los poderes de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE**, en los términos del acta protocolizada. ----------------------------
- --------------------------------------------------------------
- --------------------------------------------------------------

**YO EL NOTARIO CERTIFICO:** -------------------------------------
- --------------------------------------------------------------
- --------------------------------------------------------------

--- **I.-** Que a conozco personalmente a la compareciente y que a mi juicio es capaz para este acto. -------------------------
- --------------------------------------------------------------

--- **II.-** Que declara la compareciente que en **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** no participa inversión extranjera. ---------------------------------------
- --------------------------------------------------------------



--- **III.-** Que advertí a la compareciente de la conveniencia de notificar a los apoderados de la revocación consignada en el presente instrumento. ------------------------------------

- ------------------------------------------------------------

--- **IV.-** Que advertí a la compareciente que en virtud de no proporcionarme los datos de los instrumentos en los que se otorgaron los poderes que se revocan, no procederé a dar el aviso a que se refiere el artículo ciento veinte de la Ley del Notariado para la Ciudad de México, liberándome la compareciente de cualquier responsabilidad al respecto. -------

- ------------------------------------------------------------

--- **V.-** Que la compareciente declara que los accionistas de **"PROMOTORA GARRAFÓN", SOCIEDAD ANÓNIMA DE CAPITAL VARIABLE,** se encuentran inscritos en el Registro Federal de Contribuyentes con la clave que ha quedado asentada en el acta protocolizada y al efecto me exhibe la Constancia de Situación Fiscal de los mencionados accionistas, mismas que agrego al apéndice de este instrumento con el número **"DOS"**. --

- ------------------------------------------------------------

--- **VI.-** Que la compareciente declara por sus generales ser: -

--- Mexicana, originaria de Tecpan de Galeana, Estado de Guerrero, lugar donde nació el día catorce de septiembre de mil novecientos setenta y tres, soltera, con domicilio en Avenida Presidente Masaryk, número ciento uno, piso doce, oficina mil doscientos uno "A", colonia Polanco Quinta Sección, código postal número once mil quinientos sesenta, abogada y con Clave Única de Registro de Población: "SOPE730914MGRBRG04". ----------------------------------------

- ------------------------------------------------------------

--- **VII.-** Que advertí a la compareciente de las penas en que incurren quienes declaran falsamente ante notario. -----------

- ------------------------------------------------------------

--- **VIII.-** Que tuve a la vista los documentos citados en este





- 24 -
33,559

instrumento. -------------------------------------------------
- -------------------------------------------------------------
--- **IX.-** Que expliqué a la compareciente en forma amplia,
completa y sin tecnicismos, las consecuencias, alternativas y
los procedimientos relacionados con el contenido de este
instrumento, a fin de garantizar su autonomía, protección y
cuidado en la toma de decisiones relacionadas con su
patrimonio y relaciones familiares. --------------------------
- -------------------------------------------------------------
--- **X.-** Que a solicitud de la compareciente leí y expliqué
este instrumento al mismo, una vez que le hice saber el
derecho que tiene de leerlo personalmente, manifestando el
otorgante su conformidad y comprensión plena y lo firmó,
imprimiendo además su huella digital en caso de considerarlo
conveniente, el día de su fecha, mismo momento en que la
autorizo definitivamente. ------------------------------------
Doy fe. ------------------------------------------------------
Firma y huella digital de la señora Ma. Eugenia Soberanis
Pérez. -------------------------------------------------------
**Firma de Marco Antonio Vaca Vélez.** --------------------------
El sello de autorizar. ---------------------------------------
LAS NOTAS COMPLEMENTARIAS DEL PRESENTE INSTRUMENTO SE
AGREGARÁN AL APÉNDICE DEL MISMO. -----------------------------
**Para cumplir con lo dispuesto por el artículo dos mil**
**quinientos cincuenta y cuatro del Código Civil vigente en la**
**Ciudad de México, a continuación se transcribe:** -------------
**"ART. 2554.-** En todos los poderes generales para pleitos y
cobranzas bastará que se diga que se otorga con todas las
facultades generales y las especiales que requieran cláusula
especial conforme a la ley, para que se entiendan conferidos
sin limitación alguna. ---------------------------------------
En los poderes generales, para administrar bienes, bastará
expresar que se dan con ese carácter para que el apoderado



- 25 -
33,559

tenga toda clase de facultades administrativas. --------------
En los poderes generales, para ejercer actos de dominio
bastará que se den con ese carácter para que el apoderado
tenga todas las facultades de dueño, tanto en lo relativo a
los bienes, como para hacer toda clase de gestiones a fin de
defenderlos. --------------------------------------------------
Cuando se quisieren limitar, en los tres casos antes
mencionados, las facultades de los apoderados, se consignarán
las limitaciones, o los poderes serán especiales. ------------
Los notarios insertarán este artículo en los testimonios de
los poderes que otorguen". ------------------------------------



**MARCO ANTONIO VACA VÉLEZ,** Notario ciento cuarenta y dos de la
Ciudad de México, EXPIDO **TERCER** TESTIMONIO **TERCERO** EN SU
ORDEN PARA CONSTANCIA DE **"PROMOTORA GARRAFÓN", SOCIEDAD
ANÓNIMA DE CAPITAL VARIABLE,** COMO INTERESADA EN VEINTICINCO
PÁGINAS. -----------------------------------------------------
EN LA CIUDAD DE MÉXICO, A VEINTIOCHO DE MARZO DE DOS MIL
VEINTICINCO. --------------------------------------------------
DOY FE. -------------------------------------------------------
AXPR.





**№ 02**

CEDULA DE IDENTIFICACION FISCAL

SAT
Servicio de Administración Tributaria

CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
BENITO JUAREZ , QUINTANA ROO A 09 DE ENERO
DE 2020

AOVE661126732

## Datos de Identificación del Contribuyente:

| | |
|---|---|
| RFC: | AOVE661126732 |
| CURP: | AOVE661126HYNLLD07 |
| Nombre (s): | EDUARDO DE MARTIN |
| Primer Apellido: | ALBOR |
| Segundo Apellido: | VILLANUEVA |
| Fecha inicio de operaciones: | 02 DE ENERO DE 1986 |
| Estatus en el padrón: | ACTIVO |
| Fecha de último cambio de estado: | 15 DE MAYO DE 1995 |
| Nombre Comercial: | |

## Datos de Ubicación:

| | |
|---|---|
| Código Postal:77504 | Tipo de Vialidad: AVENIDA (AV.) |
| Nombre de Vialidad: AV ACANCEH MZ 1 | Número Exterior: LOTE 6 |
| Número Interior:P B ANEXO 1 | Nombre de la Colonia: SUPERMANZANA 13 |
| Nombre de la Localidad: CANCUN | Nombre del Municipio o Demarcación Territorial: BENITO JUAREZ |

Página [1] de [3]

Contacto
Av. Hidalgo 77, col. Guerrero, c.p. 06300, Ciudad de México
Atención telefónica: MarcaSAT 627 22 728 desde la Ciudad de México,
o 01 55 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877 44 88 728
Comentarios al: 800 406 INFO

33559

gob.mx

**C**

do: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: 01 (55) 9852 2222, desde el extranjero: 1 844 28 73
www.gob.mx/sfp".

**Cadena Original Sello:**
**Sello Digital:**

|[2020/01/09|AOVE661126732|CONSTANCIA DE SITUACIÓN FISCAL|20000108888880000000
hjPSEe2HwFnТ7hq+YyDKqdu3MkbJ3rtlrXpDRyWvuqEgm.LJ87Rn65OG3xmp4+8esP76VSM6H10vAJ
Nhyehax2XCJpAJKJtHDPJh0nCFsfg9WL5+m/440Q0lmQgJjtiJ4zDuF4UDG/0iPhYRKe+/n3um

**Contacto**
Av. Hidalgo 77, col. Guerrero, c.p. 06300 Ciudad de México.
Atención telefónica 627 22 728 desde la Ciudad de México
o 01 (55) 627 22 728 del resto del país
Desde Estados Unidos y Canadá 1 877  44 88 728
denuncias  sat.gob.mx





CEDULA DE IDENTIFICACIÓN FISCAL

CLAVE DE REG. FED. DE CONTRIBUYENTES

**AOVE661126732**

DENOMINACIÓN O RAZÓN SOCIAL

EDUARDO DE MARTIN ALROR
VILLANUEVA

CLAVE UNICA DE REGISTRO DE POBLACION

**AOVE661126HYNLLD07**

FOLIO

B7311948

**INSCRIPCION EN EL R.F.C.**

EL SERVICIO DE ADMINISTRACIÓN TRIBUTARIA, LE DA A CONOCER EL REGISTRO FEDERAL DE CONTRIBUYENTES QUE LE HA SIDO ASIGNADO CON BASE EN LOS DATOS QUE PROPORCIONO, LOS CUALES HAN QUEDADO REGISTRADOS CONFORME A LO SIGUIENTE:

NOMBRE, DENOMINACIÓN O RAZÓN SOCIAL
    EDUARDO DE MARTIN ALBOR VILLANUEVA

DOMICILIO
    AV. ANDRES QUINTANA ROO MZA 4 LOTE 14 DEPTO 3 REG 97 CANCUN QUINTANA ROO 77530

CLAVE DEL R.F.C            AOVE661126732

CLAVE UNICA DE REGISTRO DE POBLACION      AOVE661126HYNLLD07

ADMINISTRACIÓN LOCAL              ALR CANCUN, Q.ROO.

ACTIVIDAD        Servicios de consultoría en administración

SITUACIÓN DE REGISTRO        ACTIVO

FECHA DE INSCRIPCIÓN        FECHA DE INICIO DE    22-01-1988
                            OPERACIONES

*OBLIGACIONES*

| DESCRIPCIÓN | FECHA ALTA |
|---|---|
| Presentar la declaración y pago provisional mensual de Impuesto Sobre la Renta (ISR) por la renta de inmuebles | 01-07-2005 |
| Presentar la declaración anual de Impuesto Sobre la Renta (ISR) de personas físicas | 01-07-2005 |
| Proporcionar la información del Impuesto al Valor Agregado (IVA) que se solicite en las declaraciones del Impuesto Sobre la Renta (ISR) | 01-07-2005 |
| Presentar la declaración mensual donde se informe sobre las operaciones con terceros para efectos del Impuesto al Valor Agregado (IVA) | 01-07-2006 |
| Presentar la declaración y pago provisional mensual del Impuesto Empresarial a Tasa Única (IETU) | 01-07-2008 |
| Presentar la declaración y pago anual del Impuesto Empresarial a Tasa Única (IETU) | 01-07-2008 |
| Presentar la declaración y pago definitivo mensual del Impuesto al Valor Agregado (IVA) | 01-07-2005 |

| TRAMITES EFECTUADOS | FECHA DE PRESENTACIÓN | FOLIO DEL TRAMITE |
|---|---|---|
| Reg. Federal Contribuyente / Actualización / Actualización Aumento/Disminución de Obligaciones | 31-08-2007 | RF330317465324 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 06-02-2008 | RF330117054326 |
| Reg. Federal Contribuyente / Actualización / Cambio de Domicilio | 27-07-2008 | RF330420703731 |
| Reg. Federal Contribuyente / Actualización / Actualización Aumento/Disminución de Obligaciones | 11-07-2008 | RF330060785211 |
| Reg. Federal Contribuyente / Actualización / Actualización Aumento/Disminución de Obligaciones | 08-01-2001 | RF330350049847 |

Fecha de impresión 23 de Agosto de 2005
TELEFONO DE ATENCIÓN CIUDADANA
(CLAVE Y 3er números) 01-800-463-6728

oacUhuurF0ltd2SCrjrR3RC5Usikal0DdPFnKprtG/4mdaryAgum+Arn1SCsALsaZxDy9xlbcdGt/l5nbdw2JXvAFJ9R329ioJj5fs/Wf4RTt5nndbNrntrolUsNEsLCBmpahmlq
HbQC4THfsfSvtEU74D9l8NDGVGFpAB5A5nJfL5va3B1lU+

33559

SIN TEXTO




### CÉDULA DE IDENTIFICACIÓN FISCAL



BNY080206UR9
Registro Federal de Contribuyentes

CIBANCO, S.A. INSTITUCION DE
BANCA MULTIPLE
Nombre, denominación o razón
social

idCIF: 14111142672
VALIDA TU INFORMACIÓN
FISCAL

### CONSTANCIA DE SITUACIÓN FISCAL

Lugar y Fecha de Emisión
**MIGUEL HIDALGO , CIUDAD DE MEXICO A 03 DE
MARZO DE 2025**



BNY080206UR9

---

**Datos de Identificación del Contribuyente:**

| | |
|---|---|
| **RFC:** | BNY080206UR9 |
| **Denominación/Razón Social:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Régimen Capital:** | SIN TIPO DE SOCIEDAD |
| **Nombre Comercial:** | CIBANCO, S.A. INSTITUCION DE BANCA MULTIPLE |
| **Fecha inicio de operaciones:** | 06 DE FEBRERO DE 2008 |
| **Estatus en el padrón:** | ACTIVO |
| **Fecha de último cambio de estado:** | 06 DE FEBRERO DE 2008 |

**Datos del domicilio registrado**

| | |
|---|---|
| **Código Postal:**11560 | **Tipo de Vialidad:** CALZADA  (CALZ.) |
| **Nombre de Vialidad:** MARIANO ESCOBEDO | **Número Exterior:** 595 |
| **Número Interior:** | **Nombre de la Colonia:** POLANCO V SECCION |
| **Nombre de la Localidad:** MIGUEL HIDALGO | **Nombre del Municipio o Demarcación Territorial:** MIGUEL HIDALGO |
| **Nombre de la Entidad Federativa:** CIUDAD DE MEXICO | **Entre Calle:**  CAMPOS ELISEOS |
| **Y Calle:** RINCON DEL BOSQUE | |

**Actividades Económicas:**

Página  [1] de [3]

---




**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33559



| Orden | Actividad Económica | Porcentaje | Fecha Inicio | Fecha Fin |
|---|---|---|---|---|
| 1 | Banca múltiple o comercial | 100 | 06/02/2008 | |

**Regímenes:**

| Régimen | Fecha Inicio | Fecha Fin |
|---|---|---|
| Régimen General de Ley Personas Morales | 06/02/2008 | |

**Obligaciones:**

| Descripción de la Obligación | Descripción Vencimiento | Fecha Inicio | Fecha Fin |
|---|---|---|---|
| Entero de retenciones mensuales de ISR por sueldos y salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa anual de clientes y proveedores de bienes y servicios. Impuesto sobre la renta. | A más tardar el 15 de febrero del año siguiente | 06/02/2008 | |
| Declaración informativa anual de ingresos en regímenes fiscales preferentes. Empresas multinacionales. Impuesto sobre la renta. | En el mes de febrero de cada año | 06/02/2008 | |
| Entero de retenciones mensuales de ISR por ingresos asimilados a salarios | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración de proveedores de IVA | A más tardar el último día del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración informativa de IVA con la anual de ISR | Conjuntamente con la declaración anual del ejercicio. | 06/02/2008 | |
| Pago definitivo mensual de IVA. | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 06/02/2008 | |
| Declaración anual de ISR del ejercicio Personas morales. | Dentro de los tres meses siguientes al cierre del ejercicio. | 06/02/2008 | |
| Informacion anual de operaciones realizadas con partes relacionadas residentes en el extranjero. | Conjuntamente con la declaración anual del ejercicio | 06/02/2008 | |
| Pago provisional mensual de ISR personas morales régimen general | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 01/04/2009 | |
| Entero de retenciones de ISR por intereses. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero mensual de retenciones de ISR de ingresos por arrendamiento. | Conjuntamente con la retención por salarios o asimilados a salarios (17 de cada mes en su defecto) | 19/02/2018 | |
| Entero de retención de ISR por servicios profesionales. MENSUAL | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |
| Entero de retenciones de IVA Mensual | A más tardar el día 17 del mes inmediato posterior al periodo que corresponda. | 19/02/2018 | |

Sus datos personales son incorporados y protegidos en los sistemas del SAT, de conformidad con los Lineamientos de Protección de Datos Personales y con diversas disposiciones fiscales y legales sobre confidencialidad y protección de datos, a fin de ejercer las facultades conferidas a la autoridad fiscal.

Si desea modificar o corregir sus datos personales, puede acudir a cualquier Módulo de Servicios Tributarios y/o a través de la dirección http://sat.gob.mx

 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país.
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

**"La corrupción tiene consecuencias ¡denúnciala! Si conoces algún posible acto de corrupción o delito presenta una queja o denuncia a través de: www.sat.gob.mx, denuncias@sat.gob.mx, desde México: (55) 8852 2222, desde el extranjero: + 55 8852 2222, SAT móvil o www.gob.mx/sfp".**

**Cadena Original Sello:**    ||2025/03/03|BNY080206UR9|CONSTANCIA DE SITUACIÓN FISCAL|200001088888800000031||
**Sello Digital:**    murZIFJ0dyX8h08kVmZQdQM6AqkJkAk5mtJeeBAEsm993q/7YJinS7GG8YALuZDRmteaoIQWFm0Y8kFajRHa
Rk5jMqIyaoyUZ3iupx49aIEfVXbwTJBwWbL1VERLUoqLpVNpHJAdNlHnoRR4Gvi347ahHjdfNt7sNnU1B3EyGvU
=



 

**Contacto**
Av. Hidalgo 77, col. Guerrero, C.P. 06300, Ciudad de México.
Atención telefónica desde cualquier parte del país:
MarcaSAT 55 627 22 728 y para el exterior del país
(+52) 55 627 22 728

33559

SIN TEXTO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LEISURE INVESTMENTS HOLDINGS LLC, *et al.*,[1] | Case No. 25-_____ (___) |
| Debtors. | (Joint Administration Requested) |

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1. For purposes of these chapter 11 cases, the mailing address of Debtor Leisure Investments Holdings LLC ("**LIH**") and each of its subsidiaries is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

2. Debtor LIH is wholly owned by TDC Leisure Holdings LLC ("**TDC Holdings**"), whose address is Av. Banco Chinchorro Esquina Acanceh MZA 1, LT 8 SM 13 C.P. 77504, Cancun Quintana Roo México.

3. Debtor Triton Investments Holdings LLC ("**TIH**") is wholly owned by LIH.

4. Debtors MS Leisure Company and Icarus Investments Holdings LLC are wholly owned by TIH.

5. Debtor Ejecutivos de Turismo Sustentable, S.A. de C.V. is 1% owned by LIH and 99% owned by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows:  Leisure Investments Holdings LLC (7260); Triton Investments Holdings LLC (6416); MS Leisure Company (7257); Icarus Investments Holdings LLC (2636); Ejecutivos de Turismo Sustentable S.A. de C.V. (5CA4); Dolphin Capital Company, S. de R.L. de C.V. (21H8); Dolphin Leisure, Inc. (7073); Dolphin Austral Holdings, S.A. de C.V. (6A13); Aqua Tours, S.A. de C.V. (6586); Viajero Cibernético, S.A. de C.V. (1CZ7); Promotora Garrafón, S.A. de C.V. (0KA2); Marineland Leisure, Inc. (7388); GWMP, LLC (N/A); Gulf World Marine Park, Inc. (0348); and The Dolphin Connection, Inc. (0322).  For the purposes of these chapter 11 cases, the address for the Debtors is Leisure Investments Holdings LLC, c/o Riveron Management Services, LLC, 600 Brickell Avenue, Suite 2550, Miami, FL 33131.

Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), Polanco Section V, Miguel Hidalgo, Zip Code 11560, Mexico City, Mexico ("**CIBanco**").[2]

6.      Debtor Dolphin Leisure, Inc. ("**Dolphin Leisure**") is wholly owned by Controladora Dolphin SA de CV.

7.      Debtors Marineland Leisure Inc., GWMP, LLC, Gulf World Marine Park, Inc., and The Dolphin Connection, Inc. are each wholly owned by Dolphin Leisure.

8.      Debtor Dolphin Capital Company, S. de R.L. de C.V. is .0004% owned by TDC Leisure Holdings LLC and 99.9996% owned by CIBanco, as trustee.

9.      Debtor Dolphin Austral Holdings, S.A. de C.V. is 99% owned by CIBanco, as trustee, and 1% owned by Eduardo Albor Villanueva, whose address is available upon request.

10.     Debtors Viajero Cibernético, S.A. de C.V., Aqua Tours, S.A. de C.V., and Promotora Garrafón, S.A. de C.V. are each 99.99% owned by CIBanco, as trustee, and 0.01% owned by Eduardo Albor Villanueva.

---

[2]     Ninety-nine percent or more of the equity interest in each entity organized under the laws of Mexico (each, an "**MX Entity**") is held by CIBanco, S.A., Institución de Banca Múltiple, as trustee under the Irrevocable Guaranty Trust number CIB/2380 Plaza Campos Eliseos Uno, (Mariano Escobedo #595), and one percent or less of the equity interest in each MX Entity is held by a second entity or individual.  Mexican law does not permit its corporate entities to be wholly-owned and requires each entity have at least two equity holders.

**Fill in this information to identify the case:**

Debtor name __Promotora Garrafón, S.A. de C.V.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  To be provided | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor _____     Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name    Promotora Garrafón, S.A. de C.V.

United States Bankruptcy Court for the: _____ District of   Delaware
                                                            (State)

Case number (*If known*):   _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration   Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2025
           MM / DD / YYYY

✘   /s/ Steven Robert Strom
       Signature of individual signing on behalf of debtor

       Steven Robert Strom
       Printed name

       Authorized Person
       Position or relationship to debtor